

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR FURTHER REHEARING

Appellate case name:     City of Houston v. Najla Hussein and Asha Obeid

Appellate case number:   01-18-00683-CV

Trial court case number: 2017-81588

Trial court:             125th District Court of Harris County

Date motion filed:       December 29, 2020

Party filing motion:     Appellant

     It is ordered that the motion for further rehearing is **denied**.

Judge's signature: ___/s/ Julie Countiss_____
                  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date: ___January 26, 2021___